## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| JACINTO N. ROSARIO | :     DOCKET NO. 2:06-cv-1122<br>         Section P |
| VS. | :     JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | :     MAGISTRATE JUDGE WILSON |

## O R D E R

Following a telephone conference with counsel for both parties, it is

**ORDERED** that the evidentiary hearing in this matter be **RESET** for **January 30, 2007** at 10:00 a.m.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a *writ of habeas corpus ad testificandum* to the warden of the facility where petitioner is detained, requiring that the petitioner, **JACINTO N. ROSARIO** be delivered and produced at the Edwin F. Hunter, Jr. Federal Courthouse, 611 Broad Street, Courtroom 3, Lake Charles, Louisiana on **Tuesday January 30, 2007** at 10:00 a.m. for the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order and the accompanying *Writ of Habeas Corpus Ad Testificandum* to all counsel of record, the warden of the Federal Detention Center in Oakdale, Louisiana, and the United States Marshal for the Western District of Louisiana.

**THE UNITED STATES MARSHAL'S SERVICE IS DIRECTED** to make arrangements with the appropriate authorities to transport the petitioner to this court as soon as practicable, to produce him before the undersigned on **Tuesday January 30, 2007** at 10:00 a.m. and to maintain custody of the petitioner throughout the evidentiary hearing, up to and including the return of the petitioner to his place of detention following the conclusion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court of the United States District Court make arrangements for the presence of a court reporter at the evidentiary hearing.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, January 19, 2007.

COPY SENT
DATE 1/19/07
BY PAM
TO LSM
warden
whitin/on
washin/on
Blanchard
King
n. Frye

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE