RECEIVED
IN LAKE CHARLES, LA

APR 25 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JACINTO ROSARIO** | : | **DOCKET NO. 2:06 CV 1122** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the petition for writ of habeas corpus is hereby DENIED and DISMISSED. The court will entertain a motion to reopen if the petitioner is not removed in early May 2007, as indicated by the government's Status Report and Declaration [doc. 34].

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT